IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GRAPHIC SAFETY, LLC,

      Plaintiff,                                             CV 12-1135 WPL/LAM

      v.

PRECISION DRILLING CO., LP,

      Defendant.

## ORDER QUASHING ORDER TO SHOW CAUSE

On March 8, 2013, I entered an Order to Show Cause (Doc. 4), requiring Plaintiff Graphic Safety, LLC to effect service or provide the Court with a written explanation why service has not been effected no later than April 5, 2013. Graphic Safety timely responded to my order, stating that it has effected service but has not received the return from the process server. (Doc. 5.) Graphic Safety will file the return as soon as it has been received. Since Graphic Safety has served Defendant, I quash the Order to Show Cause.

      IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge