IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GRAPHIC SAFETY, LLC,

      Plaintiff,

v.                                            No. CIV-12-1135 WPL/LAM

PRECISION DRILLING COMPANY, LP,

      Defendant.

## ORDER TO FILE CLOSING DOCUMENTS AS A RESULT OF SETTLEMENT

      A settlement conference was held in this case on July 8, 2013, and the case settled.

      **WHEREFORE, IT IS HEREBY ORDERED THAT** closing documents must be filed no later than **Thursday, August 8, 2013**, absent a request for an extension and a showing of good cause.

      **IT IS FURTHER ORDERED THAT** all settings in this case *before the Honorable Lourdes A. Martínez* are **VACATED** *(all other settings shall remain the same unless otherwise notified by the presiding judge).*

      **IT IS SO ORDERED.**

                                                                                  **LOURDES A. MARTÍNEZ**
                                                                                 **UNITED STATES MAGISTRATE JUDGE**