UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**GRAPHIC SAFETY, LLC,**

    Plaintiff,

v.                              Civil Action No. 2:12-CV-01135  WPL-LAM

**PRECISION DRILLING COMPANY, LP,**

    Defendant.

**STIPULATED MOTION FOR ORDER DISMISSING ALL CLAIMS WITH PREJUDICE**

COMES NOW, Plaintiff Graphic Safety, LLC, and pursuant to Fed.R.Civ.P. 41(a)(2) moves this Court for an Order Dismissing the Complaint in this action with prejudice.  As grounds for this Motion, Plaintiff states that all matters between the parties have been settled and the matter is completely resolved.

WHEREFORE, Plaintiff moves the Court for an Order dismissing this lawsuit, complaint, and all counterclaims and cross-claims, if any, with prejudice.

Respectfully submitted,

SANDERS, BRUIN, COLL & WORLEY, P.A

By:    /s/  Ian D. McKelvy
Ian D. McKelvy
James W. Mitchell
P. O. Box 550
Roswell, NM  88202-0550
(575) 622-5440
Attorneys for Plaintiff

And,

MODRALL SPERLING ROEHL HARRIS & SISK, P.A.

By:  approved via email 8/8/13
Charles A. Armgardt
P.O. Box 2168
Albuquerque, NM 87103-2168
(505) 848-1831
Attorneys for Defendant