IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**GRAPHIC SAFETY, LLC,**

    Plaintiff,

v.                                 Civil Action No. 2:12-CV-01135 WPL-LAM

**PRECISION DRILLING COMPANY, LP,**

    Defendant.

### STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

THIS MATTER, having come before the Court on a Stipulated Motion for an Order Dismissing All Claims With Prejudice, noting the case has been satisfactorily settled between the parties, Graphic Safety, LLC and Precision Drilling Company, LP, with the parties stipulating to the dismissal of this action, is hereby dismissed, with prejudice

_____
William P. Lynch
United States Magistrate Judge

Respectfully submitted,

SANDERS, BRUIN, COLL & WORLEY, P.A.

By: ___/s/ Ian D. McKelvy
Ian D. McKelvy
James W. Mitchell
P. O. Box 550
Roswell, NM 88202-0550
(575) 622-5440
Attorneys for Plaintiff

Approved,

MODRALL SPERLING ROEHL HARRIS & SISK, P.A.


By:   approved via email 8/8/13
Charles A. Armgardt
P.O. Box 2168
Albuquerque, NM 87103-2168
(505) 848-1831

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.